**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**SHARON ALLISON, on behalf of herself and the**
**class of similarly situated persons;**

   **Plaintiffs,**

**v.**            **NO. CV 05-881 WPJ/WDS**

**LINCOLN COUNTY BOARD OF**
**COMMISSIONERS; CORNELL COMPANIES,**
**INC., a Delaware Corporation; CORRECTIONAL**
**SYSTEMS, INC., a Delaware Corporation; MIKE**
**HOLM, individually and in his official capacity;**
**ROGER JEFFERS, individually and in his official**
**capacity; PETER MORALES, individually and in**
**his official capacity; LUCY VEGA, individually**
**and in her official capacity; LINCOLN COUNTY**
**DETENTION CENTER CORRECTIONS**
**OFFICERS DOES 1 THROUGH 50 and ROES 1**
**THROUGH 20, inclusive;**

   **Defendants.**

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FINAL**
**DISTRIBUTION OF SETTLEMENT PROCEEDS**

THIS MATTER having come before the Court upon the joint motion of the parties for

approval of the proposed distribution of the remaining funds in the settlement account in this

case, and this Court now being sufficiently advised in this matter:

FINDS that the parties' motion is well-taken.

IT IS THEREFORE ORDERED that the parties' joint motion is hereby GRANTED

and the claims administrator is directed to distribute the remaining balance in the settlement

fund with 50% of that balance going to the YMCA of Central New Mexico and the

remaining 50% going to Centro de los Derechos del Migrante, Inc.

UNITED STATES DISTRICT JUDGE

**SUBMITTED AND APPROVED BY:**

Electronically signed 3/26/09
Robert R. Rothstein
Mark E. Merin
Andrew C. Schwartz
Attorneys for Plaintiff and the Class

**SUBMITTED AND APPROVED BY:**

Electronically signed 3/26/09
Patrick D. Allen
Attorney for Defendants

C:\Temp\notes6ED8F7\Order Joint Mtn Approval.wpd